UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO. 08-19805-BKC-
PAULETTE MARIA KEYS

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   953.99  remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $      .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____APR 2 9 2011_____          _____
                                      NANCY N. HERKERT
                                      CHAPTER 13 TRUSTEE

Copies to:

PAULETTE MARIA KEYS
2365 NW 171 TERRACE
OPA LOCKA, FL 33056

CHRISTINE E. BRYCE, ESQUIRE
18350 NW 2ND AVE
SUITE 500
MIAMI, FL 33169

AMERICA'S SERVICING COMPANY
ATTN:BANKRUPTCY DEPT
ONE HOME CAMPUS,MAC# X2501-01D
DES MOINES, IA 50328

AMERICA'S SERVICING COMPANY
ATTN:BANKRUPTCY DEPT
ONE HOME CAMPUS,MAC# X2501-01D
DES MOINES, IA 50328

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  08-19805-BKC-
PAULETTE MARIA KEYS


                            CHAPTER 13


PAULETTE MARIA KEYS

2365 NW 171 TERRACE
OPA LOCKA, FL 33056


CHRISTINE E. BRYCE, ESQUIRE
18350 NW 2ND AVE
SUITE 500
MIAMI, FL 33169

AMERICA'S SERVICING COMPANY    ---------$         857.43
ATTN:BANKRUPTCY DEPT                     UNDELIVERABLE/STALE
ONE HOME CAMPUS,MAC# X2501-01D           CLAIM REGISTER# 2-2
DES MOINES, IA 50328

AMERICA'S SERVICING COMPANY    ---------$          96.56
ATTN:BANKRUPTCY DEPT
ONE HOME CAMPUS,MAC# X2501-01D
DES MOINES, IA 50328                     UNDELIVERABLE/STALE
                                         CLAIM REGISTER# 2-2

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130